Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

| | |
|---|---|
| MARY  V. CLARK | **JUDGMENT IN A CIVIL CASE** <br> CASE NUMBER: 13-CV-1124 |
| v. | |
| CAROLYN  W. COLVIN <br> Acting Commissioner of Social Security Administration | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:   Plaintiff's motion for judgment on the pleadings is denied and the Commissioner's motion for judgment on the pleadings is granted. The complaint is dismissed in its entirety with prejudice.

Date: September 14, 2016          MARY C. LOEWENGUTH
                                  CLERK OF COURT

                                  By: s/Kim McMillan
                                      Deputy Clerk